UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
SEPTEMBER 25, 2018 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18-cr-00224

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

**NATHAN WILLIAM SMITH**

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

1. On or about August 29, 2018, in a vehicle located at or near Elkview, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant NATHAN WILLIAM SMITH did knowingly possess a firearm, that is, a FN PS90 5.7 x 28mm semi-automatic rifle, in and affecting interstate commerce.

2. At the time defendant NATHAN WILLIAM SMITH possessed the aforesaid firearm, he had been convicted of a crime punishable by a term of imprisonment exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about September 18, 2002, in the Circuit Court of Putnam County, West Virginia of possession with intent to distribute marijuana in violation of West Virginia Code § 60A-4-401.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

1. On or about August 29, 2018, in a residence located at or near 1205 Patterson Drive, Elkview, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant NATHAN WILLIAM SMITH did knowingly possess a firearm, that is, a Mossberg, O.F. & Sons 12-guage shotgun, in and affecting interstate commerce.

2. At the time defendant NATHAN WILLIAM SMITH possessed the aforesaid firearm, he had been convicted of a crime punishable by a term of imprisonment exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about September 18, 2002, in the Circuit Court of Putnam County, West Virginia of possession with intent to distribute marijuana in violation of West Virginia Code § 60A-4-401.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

        MICHAEL B. STUART
        United States Attorney

By: _____
    J. MATTHEW DAVIS
    Assistant United States Attorney